Argued June 21, affirmed June 21, 1972

TROY WAYNE WEDDLE, *Appellant, v.* CUPP
(No. 75559), *Respondent.*

497 P2d 1217

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Robert L. Misner,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.